**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-13341

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MAURICE PEARCE HEAD,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:22-cr-00016-TKW-1

_____

Before JORDAN, ROSENBAUM, AND GRANT, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Maurice Pearce Head in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

2                    Opinion of the Court                    23-13341

*Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Head's convictions and sentences are **AFFIRMED**.